UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:
Daniel Martinez                                    CHAPTER 13
Debtor                                             Case No.: 12-33717 EEB

_____

ORDER GRANTING MOTION TO REINSTATE CHAPTER 13 CASE
_____

THE COURT having reviewed the foregoing Motion To Reinstate Chapter 13 Case and being advised in the premises,

HEREBY ORDERS, that the Motion To Reinstate Chapter 13 Case is hereby GRANTED.

Dated:  April 22, 2013

B Y THE COURT:

*Elizabeth E. Brown*
_____
UNITED STATES BANRKUTPCY JUDGE